[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 2, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16283
Non-Argument Calendar

_____

D. C. Docket No. 06-00165-CR-T-27EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HILARIO SALINAS-LOPEZ,
a.k.a. Juan Lopez

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 2, 2007)

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Alex Fitzgerald Hall, appointed counsel for Hilario Salinas-Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Salinas-Lopez's conviction and sentence are **AFFIRMED**.